**Opinion issued April 22, 2025.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00431-CV

————————————

**JETALL COMPANIES, INC. AND ALI CHOUDHRI, Appellants**

**V.**

**MOKARAM LATIF WEST LOOP LTD., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-29403**

---

## MEMORANDUM OPINION

Appellee Mokaram Latif West Loop Ltd. sued Appellants Jetall Companies, Inc. and Ali Choudhri for declaratory judgment and breach of contract stemming from the alleged unpaid balance on a commercial lease executed by Appellant Jetall

Companies, Inc. and Beal Bank, which Mokaram acquired as Beal Bank's successor-in-interest.[1]

On March 6, 2023, the trial court issued an order granting Mokaram's traditional and no-evidence motions for summary judgment, rendering judgment against Jetall on Mokaram's breach of contract claim, granting Mokaram's request for declaratory relief, rendering take-nothing judgments against Jetall and Choudhri on their counterclaims, and denying Jetall's and Choudhri's affirmative defenses. Jetall and Choudhri appealed from the trial court's March 6, 2023 judgment.

On March 11, 2025, this Court informed Appellants that it appeared we lacked jurisdiction over their appeal. We indicated that unless they filed a written response, by March 21, 2025, citing relevant portions of the record, statutes, rules, and case law, establishing why this Court had jurisdiction over their appeal, this Court would dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Neither Jetall nor Choudhri filed a response.

Given Appellants' failure to respond, we issued a second notice on April 4, 2025 directing Jetall and Choudhri to file a response to our March 11, 2025 notice by April 11, 2025, further stating that failure to respond by the stated deadline could result in dismissal of their appeal without further notice pursuant to Rule of Appellate Procedure 42.3(c). *See* TEX. R. APP. P. 42.3(c) (authorizing appellate

---

[1] Beal Bank is not a party to this appeal.

2

court to dismiss appeal when "the appellant has failed to comply with . . . a court order, or a notice from the clerk requiring a response or other action within a specified time").

Because neither Jetall nor Choudhri responded to the Court's March 11, 2025 or April 4, 2025 notices, we dismiss their appeal. *See id.* Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.